The Court adopts the parties' proposed path forward (including the proposed schedule) and lifts the stay in 24-cv-3713. Group Dekko, Inc. and Furnlite, Inc. should take the appropriate steps to voluntarily dismiss 24-cv-9981.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 13, 2025

January 29, 2025

**VIA ECF**

Honorable Judge Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    Case No. 1:24-cv-03713, *Metro Light & Power LLC v. Furnlite Inc.*
       Case No. 1:24-cv-09981, *Group Dekko, Inc. and Furnlite Inc. v. Metro Light & Power, LLC*

Dear Judge Subramanian:

Pursuant to your order at ECF No. 43, the Parties write to provide the Court with an update on their meet and confer efforts and a proposal for ongoing case management.

Meet and Confer

On Monday, January 27, 2025, lead counsel for each party[1], and primary decisions makers for each party[2], participated in a video call lasting over 45 minutes. The parties discussed their respective positions, but did not reach any agreements. The Parties believe that the case should move forward on the merits.

Proposed Next Steps

The Parties propose that Group Dekko, Inc. and Furnlite, Inc. agree to voluntarily withdraw the declaratory judgment action, Case No. 1:24-cv-09981, and it be dismissed without prejudice.

The Parties propose that the stay in Case No. 1:24-cv-03713 be lifted. The Parties propose that Metro be given leave to file an amended complaint prior to filing of any further pleading or motion, and it be permitted to add Group Dekko as a defendant.

---

[1] For Furnlite and Dekko, Anthony J. Davis, Charles Heiny, and Todd Taylor participated. For Metro, Danielle Healey, Elisha Kobre, and Anna Schuler participated.

[2] For Metro, Founder, President, and CEO Daniel Deutsch participated. For Dekko, CEO Shawn Campbell and CFO Chris Baron participated.

January 29, 2025
Page 2

The Parties propose the following Case Management Schedule:

| Item | Proposed Date: |
|---|---|
| Amended Pleadings without leave by: | 2/28/2025 |
| First RFP served by: | 3/3/2025 |
| Interrogatories per local rule by: | 3/3/2025 |
| Responsive Pleadings by: | 3/28/2025 |
| Joinder of parties by: | 4/11/2025 |
| Expert disclosures for proponent of claim by: | 4/25/2025 |
| RFAs served by: | 5/2/2025 |
| Expert disclosures for opponent of claim by: | 5/15/2025 |
| All depositions completed by: | 6/15/2025 |
| All discovery to be completed by: | 6/15/2025 |
| Post discovery summary judgment motions by: | 7/18/2025 |
| Answering summary judgment papers by: | 8/15/2025 |
| Reply summary judgment papers by: | 8/29/2025 |

The Parties look forward to discussing further at the conference on February 12, 2025.


Respectfully submitted,

Elisha J. Kobre
Sheppard Mullin Richter & Hampton, LLP
2200 Ross Ave., 20th Fl.
Dallas, TX 75201
Email: ekobre@sheppardmullin.com
Telephone 469-391-7412
Facsimile 469-391-7401

*Attorneys for Furnlite, Inc. and Group Dekko, Inc.*

Anthony J. Davis
Santomassimo Davis LLP
450 Seventh Avenue
Suite 2205
New York, NY 10123
Phone: 201-712-1616
Fax: 201-712-9444
Email: adavis@ogcsolutions.com


Danielle Joy Healey
SPENCER FANE LLP
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Telephone (713) 212-2697
Facsimile (713) 963-0859
Email: dhealey@spencerfane.com

*Attorneys for Plaintiff Metro Light and Power LLC*

Anna G. Schuler
SPENCER FANE LLP
6201 College Blvd., Ste. 500
Overland Park, KS 66201
Telephone (816) 292-8000
Email: aschuler@spencerfane.com